IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER MOUNTS,

    Plaintiff,

v.                                        CIVIL ACTION NO.: 3:12-cv-06679

ARGUS ENERGY WV, LLC,
a Kentucky Limited Liability Company,

    Defendant.

## AGREED DISMISSAL ORDER

On this day came the Defendant, Argus Energy WV, LLC, by and through counsel, Tim J. Yianne, and the law firm of Mannion & Gray Co., LPA, and the Plaintiff, Christopher Mounts, by and through counsel, Don Jarrell, and announced to the Court that this matter has been resolved between them and that all claims in controversies regarding Plaintiff in this matter have been AGREED, COMPROMISED AND RESOLVED. Accordingly, there being no objection, the Court hereby DISMISSES this action with prejudice.

ENTERED: This 2d day of Oct., 2013.

Robert C. Chambers
United States District Judge